# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mullins, Coleman R. | U.S. Bankruptcy Court N.D. Georgia | 04/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building
75 Spring Street, SW
Room 1270
Atlanta, Georgia 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director-Emeritus | St. Jude's Recovery Center, Inc.(non-profit social service agency) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Verizon Wireless Corporation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Florida Bankruptcy Bar Association | February 22-23, 2013 | Miami, FL | Law School Moot Court Competition | transportation, lodging and food |
| 2. | American Bankruptcy Institute | March 3-7, 2013 | Tampa, FL | Panelist for Bankruptcy CLE seminar | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges | April 8-10, 2013 | Scottsdale, AZ | Mid-Year Meeting of Board of Governors | transportation, lodging and food |
| 4. | American Bankruptcy Institute | April 8-9, 2013 | Washington, D.C. | Board of Directors meeting and education program | transportation, lodging and food |
| 5. | Bankruptcy Bar of South Florida | May 9-12, 2013 | Palm Beach, FL | CLE Bankruptcy seminar | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 04/15/2014 |

| # | | | | |
|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | July 1-2, 2013 | Chicago, IL | Presidency transition meeting | transportation, lodging and food |
| 7. | American Legal and Financial Network | July 21-23, 2013 | Colorado Springs, CO | Bankruptcy CLE seminar | transportation lodging and food |
| 8. | Federal Magistrate Judges Association | July 29-31, 2013 | San Diego, CA | Represent NCBJ and FMJA Annual meeting | transportation, lodging and food |
| 9. | National Association of Bankruptcy Trustees | August 8-11, 2013 | White Sulphur Springs, WV | Bankruptcy CLE seminar | transportation, lodging and food |
| 10. | American Bankruptcy Institute | August 22-24, 2013 | Incline, NV | Bankruptcy CLE seminar | transportation, lodging and food |
| 11. | National Conference of Bankruptcy Judges | September 18-20, 2013 | Washington, D.C. | Congressional Reception sponsored by NCBJ, FJA and FMJA | transportation, lodging and food |
| 12. | American Bankruptcy Institute | October 11-12, 2013 | New York, NY | Bankruptcy CLE seminar | transportation, lodging and food |
| 13. | American Bankruptcy Institute | December 5-8, 2013 | Rancho Palos Verdes, CA | Meeting of Board of Directors and Bankruptcy CLE seminar | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 04/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Waiver of fee for seminar and meals | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (money market account) | B | Interest | O | T | | | L | | |
| 2. Bank of America-IRA | A | Interest | K | T | | | | | |
| 3. Fidelity Asset Manager-IRA | C | Dividend | L | T | | | | | |
| 4. Fidelty Low-Priced Stock-IRA | D | Dividend | M | T | | | | | |
| 5. Fidelity-Equity-Income II-IRA | A | Dividend | J | T | | | | | |
| 6. First Energy Corporation | A | Dividend | J | T | | | | | |
| 7. Bank of America-CDs | A | Interest | N | T | | | | | |
| 8. Associated & Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 9. Fidelity (for Verizon Wireless) | A | Interest | M | T | | | | | |
| 10. Suntrust Bank | A | Interest | N | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 04/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part VII, folded Fidelity Equity-Income IRA funds into Fidelity Asset Manager IRA. Principal amounts of Suntrust money market and Bank of America accounts increased due _____ bonus awards being deposited into these accounts in February and March 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 04/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Coleman R. Mullins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544